# United States District Court
## Violation Notice

CVB Location Code: **MN 09**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 0825719 | MIERS, TOBY J | 4298 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 03/27/2015 0815 | 609.52 sub 2 |

**Place of Offense:** BLDG 4 ROOM 120 L

**Offense Description:** THEFT

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| WARZECKA | BRANDON | C |

[defendant personal information redacted]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
|  |  |  |  |  |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 08/2005)    Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **27 MARCH**, 20 **15** while exercising my duties as a law enforcement officer in the **6th Div 4/31** District of **USA**, I WAS INFORMED THAT WITNESSES OBSERVED THE DEFENDANT STEAL AN ENERGY DRINK OUT OF A REFRIGERATOR AND DRINK IT. ~~THE~~ I LATER INTRODUCED MYSELF TO THE DEFENDANT. HE IMMEDIATELY STATED THAT HE STOLE THE ENERGY DRINK AND THAT HE WANTED TO TAKE RESPONSIBILITY FOR IT.

The foregoing statement is based upon:

☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **03/27/2015**   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge