**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
Petty Offense Case No.: 3:15-po-00053-TNL

| | |
|---|---|
| UNITED STATES OF AMERICA, | Violation No.: <u>0825719</u> (MN9) |
| Plaintiff, | |
| v. | **GOVERNMENT'S MOTION TO CONTINUE FOR DISMISSAL, SET COLLATERAL, AND SET SETTLEMENT TERMS** |
| BRANDON C. WARZECKA, | |
| Defendant. | |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Bradley Endicott, Assistant United States Attorney, hereby respectfully moves the Court for its Order:

- Continuing for dismissal the hearing on Violation No. <u>0825719</u> (MN9) until the July 2015 Petty Offense Hearing Calendar.

- Setting the total collateral amount on Violation No. <u>0825719</u> (MN9) to $30.00 (consisting of a $5.00 forfeiture amount and the mandatory $25.00 processing fee).

- Directing that if the Defendant: (i) pays in full the fine associated with Violation No. <u>0825719</u> (MN9) on or before July 1, 2015; and (ii) does not receive any same or similar federal petty offense citations between June 10, 2015 and the July 2015 Petty Offense Hearing date, then the July 2015 hearing shall be cancelled, and Violation No. <u>0825719</u> (MN9) shall be dismissed with prejudice.

Dated:  <u>June 19, 2015</u>                                               Respectfully submitted,

                                                                                    ANDREW M. LUGER
                                                                                    United States Attorney

                                                                                    s/ Bradley Endicott
                                                                                    BY: BRADLEY ENDICOTT
                                                                                    Assistant U.S. Attorney
                                                                                    Attorney Id No. 0349872